**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6313**

RONALD MCCLARY,

Plaintiff - Appellant,

v.

MITCHELL LAWSON, Nurse Supervisor; JOSEPH LIGHTSEY; NURSE HENDERSON; NURSE SIERRA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:14-ct-03147-FL)

Submitted:  June 28, 2017                    Decided:  June 30, 2017

Before WILKINSON, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald McClary, Appellant Pro Se.  Vanessa N. Totten, Assistant Attorney General, Raleigh, North Carolina; Nathan Douglas Childs, Elizabeth Pharr McCullough, YOUNG MOORE & HENDERSON, PA, Raleigh, North Carolina; Charles Houston Foppiano, Gary Adam Moyers, BATTEN LEE, PLLC, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald McClary appeals the district court's order and judgment granting summary judgment to the Defendants and dismissing McClary's civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McClary v. Lawson*, No. 5:14-ct-03147-FL (E.D.N.C. Mar. 2, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*